UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MANDEL WEISS,
                Plaintiff,

v.                                           **ORDER OF DISMISSAL**

MIDLAND CREDIT MANAGEMENT, INC.;     21 CV 5516 (VB)
and JOHN DOES 1-25,
                Defendants.
--------------------------------------------------------------x

       The Court has been advised that the parties have reached a settlement in this case. Accordingly, it is HEREBY ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action, provided the application to restore the action is made by no later than October 8, 2021. To be clear, any application to restore the action must be filed by October 8, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All other deadlines, conferences, or other scheduled court appearances are cancelled.

       The Clerk is instructed to close the case.

Dated: August 9, 2021
       White Plains, NY

                                           SO ORDERED:

                                           Vincent L. Briccetti
                                           United States District Judge